1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division

4  MARK L. KROTOSKI (CSBN 138549)
   Assistant United States Attorney

5

6  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035

7  Facsmile:   (408) 535-5066

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12                                           *E-FILED - 3/9/06*

13
   UNITED STATES OF AMERICA,        )     No. CR 06-00054-RMW
14                                   )
           Plaintiff,                )
15                                   )     STIPULATION REGARDING
        v.                           )     EXCLUDABLE TIME AND
16                                   )     ORDER
   MATTHEW THOMPSON,                 )
17      a/k/a wicked,                 )
        a/k/a rma,                    )
18      a/k/a stifu,                  )
        a/k/a stewie,                 )
19                                   )
           Defendant.                )
20   _____)

21
        It is hereby stipulated and agreed between defendant Matthew Thompson, and his counsel
22
   Michelle D. Spencer, and the United States as follows:
23
        This matter was set for a status conference on March 13, 2006 at 9:00 a.m.  In this copyright
24
   infringement case, the defense needs more time to prepare, review discovery previously
25
   provided, including a substantial amount of digital evidence, and research legal and sentencing
26
   issues.  The parties have been discussing plea and sentencing issues.  The defendant was only
27
   recently arraigned on this case on February 22, 2006.  It is reasonable for the defense to have
28

STIPULATION REGARDING EXCLUDABLE TIME AND  ORDER
CR 06-00054-RMW

1   additional time to review the discovery, which includes some digital evidence.

2       The parties stipulate and move the Court to exclude time under the Speedy Trial Act from the

3   March 13, 2006, until April 3, 2006, because the parties believe that the ends of justice served by

4   the granting of such a continuance outweigh the best interests of the public and the defendant in a

5   speedy trial, particularly since reasonable time is needed for the defense to prepare for pretrial

6   and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii).  The parties further

7   stipulate that time may be excluded for reasonable time for defense

8   preparation, since the failure to exclude time would deny counsel for the defendant reasonable

9   time necessary for effective preparation, taking into account the exercise of due diligence,

10  pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).

11      So stipulated.

12  Dated: March 7, 2006                          KEVIN V. RYAN
                                                   United States Attorney

13

                                                       /S/

14                                                 _____
                                                   MARK L. KROTOSKI
15                                                 Assistant United States Attorney

16      So stipulated.

17  Dated: March 7 , 2006

                                                       /S/
18
                                                   _____
                                                   MICHELLE D. SPENCER
19                                                 Attorney for Defendant Thompson

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME AND ORDER
CR 06-00054-RMW                         Page 2 of 3

1

# ORDER

2    Based upon the foregoing Stipulation and good cause appearing therefor,

3    **IT IS HEREBY ORDERED** that the status conference set for March 13, 2006 at 9:00 a.m.

4 for defendant Thompson shall be continued to April 3, 2006 at 9:00 a.m.

5    **IT IS FURTHER ORDERED** that the time between March 13, 2006, until April 3, 2006

6 shall be excluded from the computation period within which the trial must commence, for the

7 reasons and based upon the statutory provisions set forth by the parties in this Stipulation,

8 including that time is needed for effective defense preparation..  The Court finds that the ends of

9 justice outweigh the interests of the public and the parties in a speedier trial under 18 U.S.C. §§

10 3161(h)(8)(A), 3161(h)(8)(B)(ii) (complexity), 3161(h)(8)(B)(iv) (reasonable time necessary for

11 effective preparation taking into account the exercise of due diligence).

12 DATED: March _9_, 2006

13                                         /S/ RONALD M. WHYTE
                                    _____
14                                    RONALD M. WHYTE
                                    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28