# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00054 RMW RS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | **PERMITTING TRAVEL** |
| **MATTHEW THOMPSON**, | ) | |
| Defendant. | ) | |

GOOD CAUSE BEING SHOWN, the bond in the above case is modified to permit Matthew Thompson to travel from Lubbock, Texas to Denver, Colorado from April 21, 2006 through through April 23, 2006.

All other conditions of release remain in full force and effect.

IT IS SO ORDERED.

DATED: 4/17/06          /s/ Patricia V. Trumbull

_____
United States Magistrate Judge

[PROPOSED] ORDER
PERMITTING TRAVEL     1