Michelle D. Spencer, 164696
Attorney at Law
331 Soquel Ave., Suite 208
Santa Cruz, CA 95062
Tel: 831-426-9900
Fax: 831-427-0674
Attorney for Matthew Thompson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 7/6/06*

| UNITED STATES OF AMERICA, | ) No: CR06-00054-RMW |
|---|---|
| Plaintiff, | ) |
| | ) |
| | ) **STIPULATION AND []** |
| v. | ) **ORDER CONTINUING SENTENCING** |
| | ) **HEARING** |
| | ) |
| | ) |
| MATTHEW THOMPSON, | ) |
| Defendant. | ) |
| | ) |

This matter is scheduled for sentencing on Monday, July 17, 2006. Mr. Thompson's interview with United States Probation was conducted on June 12, 2006. Additional time is needed in order for the Presentence Report to be completed and disclosed as required.

Plaintiff United States of America, by and through Assistant United States Attorney Mark Krotoski, and defendant Matthew Thompson, by and through attorney Michelle D. Spencer, hereby agree and stipulate that this matter be continued from July 17, 2006 at 9:00 a.m. to September 25,

U.S. v. Thompson Stipulation & [] Order

2006 at 9:00 a.m. United States Probation Officer Lynn Richards is also available on September 25, 2006.

IT IS SO STIPULATED.

                    KEVIN V. RYAN
                    United States Attorney

Dated:       /s/
                    MARK KROTOSKI
                    Assistant United States Attorney

Dated:       /s/
                    MICHELLE D. SPENCER
                    Attorney for Matthew Thompson

## [] ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that the sentencing hearing set for July 17, 2006 be continued to September 25, 2006 at 9:00 a.m.

.

Date: 7/6/06                     /s/ Ronald M. Whyte
                                     HON. RONALD M. WHYTE
                                     United States District Judge

U.S. v. Thompson Stipulation & [] Order

U.S. v. Thompson Stipulation & [] Order