FILED
AUG 1 2006
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW THOMPSON,<br><br>    Defendant. | No. CR 06-00054 RMW RS<br>[PROPOSED] ORDER PERMITTING TRAVEL |

GOOD CAUSE BEING SHOWN, the bond in the above case is modified to permit Matthew Thompson to travel from Lubbock, Texas to Austin, Texas from August 4, 2006 through through August 8, 2006.

All other conditions of release remain in full force and effect.

IT IS SO ORDERED.

DATED: 8/1/06

_____
United States Magistrate Judge

[PROPOSED] ORDER
PERMITTING TRAVEL                    1